AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

ABC IP, LLC, a Delaware Liimted Liability Company and Rare Breed Trigger, Inc., a Texas Corporation

*Plaintiff(s)*

v.

Galactic Outfitters LLC, a Mississippilimited liability company and Daniel Fisher

*Defendant(s)*

Civil Action No. 3:26-cv-00541-DPJ-ASH

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Daniel Fisher
4031 Fowler Dr
Durant, Mississippi 39063

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Decker A. Cammack
WHITAKER, CHALK, SWINDLE AND SCHWARTZ, PLLC
301 Commerce St., Suite 3500
Fort Worth, TX 76012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF MISSISSIPPI

**ARTHUR JOHNSTON**
*CLERK OF COURT*,

Date: 07/24/2026

C Owen
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| ABC IP, LLC a Delaware Limited Liability Company and Rare Breed Trigger, Inc., a Texas Company<br>Plaintiff(s) | ) | |
| v. | ) | Civil Action No. 3:26-cv-00541-DP-J-ASH |
| Galactic Outfitters LLC, a Mississippi Limited Liability Company and Daniel Fisher<br>Defendant(s) | ) | |

---

**PROOF OF SERVICE – PROCESS SERVER**

Name of Person or Entity Served
**DANIEL FISHER**

I, the undersigned process server, served the **SUMMONS IN A CIVIL ACTION [MEC#3]; COMPLAINT [MEC#1]; EXHIBIT A [MEC#1-1]; EXHIBIT B [MEC#1-2]; EXHIBIT C [MEC#1-3; EXHIBIT D [MEC#1-4]; EXHIBIT E [MEC#1-5]; EXHIBIT F [MEC#1-6]; and CIVIL COVER FILING SHEET [MEC#1-7]** upon the person or entity named above in the matter set forth below:

( X ) **PERSONAL SERVICE**. I personally delivered copies to **DANIEL FISHER** on the **18TH** day of **AUGUST** 20**26**, at **7:35 p.m.** where I found said person at **4031 FOWLER ROAD, DURANT, MS** in **HOLMES** County, in the State of **MISSISSIPPI**.

At the time of service, I was at least 18 years of age and not a party to this action.

Name: **JACQUELINE YOUNG**
Address: **PO BOX 546, FLORA MS 39071**
Telephone Number: **(601) 517-3928**

STATE OF MISSISSIPPI:
COUNTY OF Madison:

PERSONALLY APPEARED BEFORE ME THE UNDERSIGNED AUTHORITY is and for the state and county aforesaid, the within named **JACQUELINE YOUNG**, who being first by me duly sworn state on oath that the matters and facts set forth in the foregoing "Proof of Service" are true and correct as therein stated.

Process Server (Signature)

SWORN TO AND SUBSCRIBED before me, this the 20 day of August, 2026.

My Commission Expires: 07/14/2028

NOTARY PUBLIC

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID# 482422
RICHARD L. JOHNSON
Commission Expires
July 14, 2028
MADISON COUNTY